IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SHEPERD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 10-4179 |

FILED
AUG 29 2013

### ORDER

AND NOW, this 29th day of August, 2013, it is ORDERED that the Superintendent of SCI Waymart, Waymart, PA, shall produce the body of Edward Sheperd, Inmate No. HM5945, for trial before The Honorable M. Faith Angell, in Courtroom 16-B, United States Courthouse, 601 Market Street, Philadelphia, PA, on SEPTEMBER 23, 2013, at 10:00 a.m. Edward Sheperd is to be produced for trial from day to day until trial is concluded.

_____ J.

cc:  Superintendent, SCI Waymart - via fax
     U.S. Marshal